UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

In Re: Edward Fortunato

**Order Filed on February 14, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case Number: 14-33505 JNP

Judge: Jerrold N. Poslusny, Jr

# ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH DIVORCE ACTION

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 14, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):  Edward Fortunato
Case No.:  14-33505 JNP
Caption of Order:  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH DIVORCE ACTION

    THIS MATTER having come before the Court by Edward Fortunato, Debtor herein, by and through counsel, Joseph J. Rogers, for an Order granting relief from the automatic stay so that they may proceed with a divorce action, and the Court having considered the matter, and for good cause,

    IT IS on this _____ day of _____, 2016,

    ORDERED that Edward Fortunato shall be and hereby are granted relief from the automatic stay so that they may proceed with their divorce action.