UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on February 14,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re: Edward Fortunato

Case Number: 14-33505 JNP

Judge: Jerrold N. Poslusny, Jr

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
### TO PROCEED WITH DIVORCE ACTION

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 14, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 14-33505-JNP    Doc 34-2    Filed 01/17/17    Entered 01/17/17 14:13:44    Desc Proposed Order    Page 2 of 2

(Page 2)

Debtor(s):        Edward Fortunato
Case No.:         14-33505 JNP
Caption of Order: ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO PROCEED
                  WITH DIVORCE ACTION

 

THIS MATTER having come before the Court by Edward Fortunato, Debtor herein, by and through counsel, Joseph J. Rogers, for an Order granting relief from the automatic stay so that they may proceed with a divorce action, and the Court having considered the matter, and for good cause,

IT IS on this _____ day of _____, 2016,

ORDERED that Edward Fortunato shall be and hereby are granted relief from the automatic stay so that they may proceed with their divorce action.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-33505-JNP
Edward Fortunato                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 14, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2017.
db              +Edward Fortunato,    320 Kali Lane,    Williamstown, NJ 08094-2724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com, ktlbslaw@aol.com
              Joseph J. Rogers    on behalf of Debtor Edward   Fortunato jjresq@comcast.net, jjresq1@comcast.net
                                                                                                   TOTAL: 7