Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  14–33505–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edward Fortunato
    320 Kali Lane
    Williamstown, NJ 08094

Social Security No.:
    xxx–xx–2729

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/22/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 22, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 14-33505-JNP
Edward Fortunato                                                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jun 22, 2017
                             Form ID: 148              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db             +Edward Fortunato,   320 Kali Lane,   Williamstown, NJ 08094-2724
cr             +BANK OF AMERICA, N.A.,   c/o Koury Tighe Lapres Bisulca & Sommers,   1423 Tilton Road,
                Suite 9,   Northfield, NJ 08225-1857
515180340      +Lorraine And Maryanne Fortunato,   326 Bryn Mawr Drive,   Williamstown, NJ 08094-2762
515180341      +Mr. and Mrs. G. Renelle,   47 Avery Drive,   Williamstown, NJ 08094-1910
515309719     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,
                Dallas, Texas 75261-9741)
515321367      +Nationstar Mortgage, LLC,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
515180343      +Rbs Citizens Na,   480 Jefferson Blvd,   Warwick, RI 02886-1359


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:52     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:48     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515294939       EDI: BECKLEE.COM Jun 22 2017 22:03:00     American Express Bank, FSB,   c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
515309074       EDI: BECKLEE.COM Jun 22 2017 22:03:00     American Express Centurion Bank,
                c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515180330      +EDI: AMEREXPR.COM Jun 22 2017 22:04:00     Amex,   Po Box 297871,
                Fort Lauderdale, FL 33329-7871
515340946       EDI: BANKAMER.COM Jun 22 2017 22:04:00     Bank of America, NA,   Mail Stop TX2-982-03-03,
                7105 Corporate Drive PTX-B-209,   Plano, TX 75024-4100
515180331      +EDI: BANKAMER.COM Jun 22 2017 22:04:00     Bk of Amer,   1800 Tapo Canyon Rd,
                Simi Valley, CA 93063-6712
515180332       EDI: CAPITALONE.COM Jun 22 2017 22:04:00     Cap One,   Po Box 85520,   Richmond, VA  23285
515180333      +EDI: CAPITALONE.COM Jun 22 2017 22:04:00     Cap1/boscv,   26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3440
515180334      +E-mail/Text: cms-bk@cms-collect.com Jun 22 2017 22:19:31     Capital Management Services,
                726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
515310074       EDI: BL-BECKET.COM Jun 22 2017 22:04:00     Capital One, N.A.,   c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
515385381      +EDI: BASSASSOC.COM Jun 22 2017 22:03:00     Cavalry SPV I, LLC,   c/o Bass & Associates, P.C.,
                3936 E Ft. Lowell Road Suite #200,   Tucson, AZ 85712-1083
515366989      +EDI: CITICORP.COM Jun 22 2017 22:04:00     Citibank, N.A.,   701 East 60th Street North,
                Sioux Falls, SD 57104-0493
515211985       EDI: DISCOVER.COM Jun 22 2017 22:04:00     Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
515180335      +EDI: DISCOVER.COM Jun 22 2017 22:04:00     Discover Fin Svcs Llc,   Po Box 15316,
                Wilmington, DE 19850-5316
515180336      +EDI: TSYS2.COM Jun 22 2017 22:04:00     Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
515180337       EDI: RMSC.COM Jun 22 2017 22:04:00     Green Tree Servicing L,   332 Minnesota St Ste 610,
                Saint Paul, MN  55101
515180338      +EDI: WFFC.COM Jun 22 2017 22:04:00     Homeprjvisa,   Po Box 94498,   Las Vegas, NV 89193-4498
515180339      +EDI: CBSKOHLS.COM Jun 22 2017 22:04:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
515389952       EDI: PRA.COM Jun 22 2017 22:03:00     Portfolio Recovery Associates, LLC,   c/o Best Buy,
                POB 41067,   Norfolk VA 23541
515391062       EDI: PRA.COM Jun 22 2017 22:03:00     Portfolio Recovery Associates, LLC,
                c/o Jc Penney Rewards Mastercard,   POB 41067,   Norfolk VA 23541
515390705       EDI: PRA.COM Jun 22 2017 22:03:00     Portfolio Recovery Associates, LLC,   c/o Lowes,
                POB 41067,   Norfolk VA 23541
516838956      +EDI: Q3G.COM Jun 22 2017 22:04:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788,   Quantum3 Group LLC as agent for,
                MOMA Funding LLC 98083-0788
516838955      +EDI: Q3G.COM Jun 22 2017 22:04:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
515180344      +EDI: RMSC.COM Jun 22 2017 22:04:00     Syncb/jc Penney Dc,   Po Box 965007,
                Orlando, FL 32896-5007
515180345      +EDI: RMSC.COM Jun 22 2017 22:04:00     Syncb/lowes,   Po Box 965005,   Orlando, FL 32896-5005
515180346      +EDI: RMSC.COM Jun 22 2017 22:04:00     Syncb/qvc,   Po Box 965018,   Orlando, FL 32896-5018
515180347      +EDI: RMSC.COM Jun 22 2017 22:04:00     Syncb/sams Club Dc,   Po Box 965005,
                Orlando, FL 32896-5005
515180348      +EDI: CITICORP.COM Jun 22 2017 22:04:00     Thd/cbna,   Po Box 6497,
                Sioux Falls, SD 57117-6497
515258422       EDI: WFFC.COM Jun 22 2017 22:04:00     Wells Fargo Bank NA,   PO Box 10438,
                Des Moines IA  50306-0438
                                                                                              TOTAL: 30

District/off: 0312-1          User: admin               Page 2 of 2             Date Rcvd: Jun 22, 2017
                             Form ID: 148               Total Noticed: 37

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515180342*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:

      Brian C. Nicholas    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bnicholas@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage, LLC cwohlrab@logs.com,
      njbankruptcynotifications@logs.com
      Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. cwohlrab@logs.com,
      njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
      John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
      ktlbslaw@aol.com
      Joseph J. Rogers    on behalf of Debtor Edward    Fortunato jjresq@comcast.net,    jjresq1@comcast.net
                                                  TOTAL: 8